SCWC-12-0000114

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHRIS GRINDLING,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000114 and CAAP-12-0000129;
S.P.P. NO. 10-1-0011(2); CR. NO. 98-0325(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Lee, in place of Pollack, J., recused)

Petitioner/Petitioner-Appellant Chris Grindling's

application for writ of certiorari, filed December 7, 2012, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 18, 2013.

/s/ Mark E. Recktenwald

Chris Grindling,
pro se, on the petition

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Randal K.O. Lee

